Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

...... *April 1* ............... 20 *04.*

BRUCE RIFKIN,   Clerk

By *A. Arent Zachary* Deputy

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | N**CR04  5172**FDB |
| Plaintiff, | |
| v. | INDICTMENT |
| KYLE DAVIE GRAHAM, | |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

## COUNT 1

### (Felon in Possession of a Firearm)

On or about March 15, 2004, in the City of Vancouver, within the Western District of Washington, KYLE DAVIE GRAHAM, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession of a Controlled Substance with Intent to Deliver - Marijuana, Cause No. 98-1-2190-2, on March 25, 1999, in Clark County Superior Court, did knowingly possess a firearm, that is, a loaded Charter Arms .38 caliber revolver, which had been shipped and transported in interstate commerce.

04-CR-05172-INDI

INDICTMENT/GRAHAM — 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1          All in violation of Title 18, United States Code, Section 922(g)(1).

2

3

4                                                    A TRUE BILL:

5                                                    DATED:

6

7                                                    _Franklin R. Harney_
                                                     FOREPERSON

8

9    _____
     JOHN McKAY
10   United States Attorney

11

12   _____
     SUSAN HARRISON
13   Assistant United States Attorney

14   _____
     REAGAN DUNN
15   Assistant United States Attorney
     WA Bar # 28753
16   United States Attorney's Office
     601 Union Street, Suite 5100
17   Seattle, WA 98101-3909
     Telephone: (206) 553-0347
18   Fax: (206) 553-0755
     E-mail: reagan.dunn@usdoj.gov
19

20

21

22

23

24

25

26

27

28
     INDICTMENT/GRAHAM  — 2