Magistrate Judge Benton

FILED ___ LODGED ___
___ RECEIVED
MAY 20 2004
CLERK U.S. ___
WESTERN DISTRICT OF WASHINGTON AT TACOMA

04-CR-05172-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 04-5172 FDB |
| Plaintiff, ) | |
| v. ) | MOTION FOR DETENTION ORDER |
| KYLE DAVIE GRAHAM, ) | |
| Defendant. ) | |

The United States moves for pretrial detention of the defendant, KYLE DAVIE GRAHAM, pursuant to 18 U.S.C. § 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

    ___ Crime of violence (18 U.S.C. § 3156).

    ___ Maximum sentence of life imprisonment or death

    ___ 10 + year drug offense

    XX  Felony, with two prior convictions in the above categories

    XX  Serious risk the defendant will flee

    ___ Serious risk of obstruction of justice

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    XX  Defendant's appearance as required

    XX  Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable

MOTION FOR DETENTION ORDER / Jennings — 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1 | presumption against defendant under §3142(e). (If yes) The presumption applies
2 | because (check one or more):

3 | ___ Probable cause to believe defendant committed 10+ year drug offense or
4 | firearm offense under 18 U.S.C. § 924(c)

5 | XX  Previous conviction for "eligible" offense committed while on pretrial
6 | bond

7 | 4. Time for Detention Hearing. The United States requests the Court
8 | conduct the detention hearing:

9 | __XX__ At the initial appearance

10 | _____ After continuance of 3 days (not more than 3)

11 | 5. Other matters.

12 | DATED this 20th day of May, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney

REAGAN DUNN
Assistant United States Attorney
WA Bar # 28753
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3909
Telephone: (206) 553-0347
Fax: (206) 553-0755
E-mail: reagan.dunn@usdoj.gov

MOTION FOR DETENTION ORDER / Jennings — 2