The Honorable Franklin D. Burgess

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

August 18, 2004
BRUCE RIFKIN, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 04-5172FDB |
| Plaintiff, | |
| v. | SUPERSEDING INDICTMENT |
| KYLE DAVIE GRAHAM, | |
| Defendant. | 04-CR-05172-INDI |

THE GRAND JURY CHARGES THAT:

## COUNT 1

### (Felon in Possession of a Firearm)

On or about March 15, 2004, in the City of Vancouver, within the Western District of Washington, KYLE DAVIE GRAHAM, having been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: (1) Violation of a Domestic Violence Protection Order, Cause No. 02-1-00235-8, on March 13, 2002, in Clark County Superior Court and (2) Possession of a Controlled Substance with Intent to Deliver - Marijuana, Cause No. 98-1-2180-2, on March 25, 1999, in Clark County Superior Court, did knowingly possess a firearm, to wit, a loaded Charter Arms .38 caliber revolver, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//

Superseding Indictment - 1
U.S. v. Graham, 04-5172FDB

UNITED STATES ATTORNEY
601 UNION STREET, Suite 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## COUNT 2

### (Felon in Possession of Ammunition)

On or about March 15, 2004, in the City of Vancouver, within the Western District of Washington, KYLE DAVIE GRAHAM, having been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: (1) Violation of a Domestic Violence Protection Order, Cause No. 02-1-00235-8, on March 13, 2002, in Clark County Superior Court and (2) Possession of a Controlled Substance with Intent to Deliver - Marijuana, Cause No. 98-1-2180-2, on March 25, 1999, in Clark County Superior Court did knowingly possess ammunition, to wit, a Remington Peters .38 caliber bullet located in a backpack in a 1984 Honda Accord, Washington License 205FFE, which ammunition had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### ADDITIONAL ALLEGATION

The Grand Jury further alleges that, as to each Count, the defendant willfully obstructed or impeded, or attempted to obstruct or impede, the administration of justice during the course of the investigation and prosecution of the instant offense.

A TRUE BILL;
DATED: 8/18/04

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
TESSA M. GORMAN
Assistant United States Attorney

Superseding Indictment - 2
U.S. v. Graham, 04-5172FDB

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970