Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,           )
                                    )      CR 04-5172FDB
                   Plaintiff,       )
                                    )
        v.                          )      GOVERNMENT'S SENTENCING
                                    )      MEMORANDUM
                                    )
KYLE DAVIE GRAHAM,                  )
                                    )
                   Defendant.       )
_____)

The United States of America, by and through John McKay, United States

Attorney for the Western District of Washington, and Reagan Dunn, Assistant United

States Attorney, and submits the following sentencing memorandum.

**A.  BACKGROUND**

On March 15, 2004, Kyle Davie Graham was stopped by officers of the

Vancouver Police Department.  Under the passenger seat of the car he was driving,

officers found a Charter Arms Corporation, Off Duty Model, .38 special caliber

revolver, serial number 953468, as well as six rounds of .38 caliber Remington Peters

ammunition.  The gun was found fully loaded under the passenger's seat of the car and

had an extra bullet in his backpack in the backseat of the car.  Graham was a felon and

prohibited from possessing the gun. Graham did not confess the he possessed the gun

nor was he the registered owner of the car.

As trial approached the government entered into a Rule 11(c)(1)(C) Plea

SENTENCING MEMORANDUM/GRAHAM  — 1

Agreement with the defendant.  In exchange for a sentencing recommendation of 40 months, the defendant agreed to plead guilty to one count of Felon in Possession of a Firearm in Violation of 18 U.S.C. § 922(g)(1).  Graham has pled guilty to this charge and admitted he knowingly possessed the gun at the time he was stopped.

**B.     RULE 11(c)(1)(C) PLEA AGREEMENT**

The  parties have entered into an 11(c)(1)(C) Plea Agreement with the defendant. The parties have agree to a range of 40 months.  This recommendation, from the government's perspective, takes into account possible proof problems which might have occurred at trial based upon this unique set of facts.

**C.     RECOMMENDED SENTENCE AND JUSTIFICATION**

The government therefore  requests a sentence of 40 months with a period of supervised release following trial of 3 years.  The government moves to dismiss the remaining Counts of the Superseding Indictment as agreed to in the Plea Agreement..

DATED this 2nd day of November, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney


s/ REAGAN DUNN
REAGAN DUNN
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: (206) 553-0347
Fax: (206) 553-0755
E-mail: reagan.dunn@usdoj.gov

SENTENCING MEMORANDUM/GRAHAM  — 2

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/JANET K. VOS
Janet K. Vos
Paralegal Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-5041
FAX:   (206) 553-0755
E-mail:  Janet.Vos@usdoj.gov

SENTENCING MEMORANDUM/GRAHAM  — 3