FILED LODGED
RECEIVED
AUG 22 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>KYLE DAVIE GRAHAM,<br><br>      Defendant. | Case No. CR04-5172FDB<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Arlen Storm.

The defendant appears personally and represented by counsel, Miriam Schwartz.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition before Judge Franklin D. Burgess on September 5, 2007, at 10:30am.

IT IS ORDERED that the defendant be released on the conditions of supervised release previously imposed. A status hearing on compliance of supervision, including all clean UA's and an appointment with NW Recovery, is set before Judge Karen L. Strombom on August 30, 2007, at 2:30pm.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

August 22, 2007.

_____
Karen L. Strombom, U.S. Magistrate Judge

ORDER
Page - 1