**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**KYLE DAVIE GRAHAM,**<br><br>        **Defendant.** | **Case No. CR04-5172FDB**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an Initial Hearing on a Warrant for Arrest for Failure to Appear for a Supervised Release Violation Hearing on September 11, 2007.

**The plaintiff appears through Assistant United States Attorney, Arlen Storm.**

**The defendant appears personally and represented by counsel, Russell Leonard.**

**The U.S. Probation Office filed a petition alleging violations of the terms and conditions of supervision, and the defendant was advised of the allegations on August 22, 2007.**

**The court, having previously found probable cause with regard to the allegations, schedules a hearing on the petition to be held at the time and date below set forth before Judge Franklin D. Burgess:**

      *Date of hearing: January 4, 2008*

      *Time of hearing: 9:00am*

**IT IS ORDERED that the defendant:**

( )  **Be released on an appearance bond, subject to the terms and conditions set forth thereon.**

(X)  **Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

                              **December 14, 2007.**

                              __s/ Karen L. Strombom_____
                              **Karen L. Strombom, U.S. Magistrate Judge**